07-06f

## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| R 3170837 | Letisia Eddy | E-0991 |

DE-10

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/22/2006 1520 | DE Title 21 Sec. 4177a |

**Offense Description / Place of Offense**
South Gate Vehicle Inspection Sta. (DUI) Driving under the Influence

### DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| Forget | Steven | D | |

| Street Address | | | |
|---|---|---|---|
| Levittown | | | |

| City | State | Zip Code | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| Levittown | PA | 19057 | | -9831 |

| Drivers License No | DL State | | | |
|---|---|---|---|---|
| | PA | | | 1955 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | GRAY | Brown | 5'10" | 205 lbs |

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| AF20265 | PA | 1990 | Peterbilt/Flatbed | 1XPCD29X6LN29291 | White |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

| PAY THIS AMOUNT → | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| | $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| US District Court | | |
| 844 King Street | | |
| Wilmington DE 19801 | | |

My signature signifies that I have received a copy of the violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

3170837

REDACTED

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 December 20 06 while exercising my duties as a law enforcement officer in the _____ District of _____

At 1520 I was dispatched to a possible DUI at the Vehicle Inspection Center. Steven D Forget operated a Tractor Trailer entered the Inspection Bay and proceeded to obtain a base pass. Sgt Rotunno observed glassy, watery and blood shot eyes. Rotunno also noticed a strong odor of an alcoholic beverage emitting from Forgets breath. Forget performed pre exit tests which he failed but out of three. Forget also performed three field sobriety tests which he failed all three. A preliminary breath test (PBT) showed a reading of .201%. And a Blood Sample conducted with the Intoxilyzer determined Forget's Blood alcohol content was .213%.

The foregoing statement is based upon

☒ my personal observation       ☐ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 12/22/2006    [signature] Letisia Eddy
           Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____     _____
        Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVR Scan 3/9/2007 11:33:50