AO 245H (Rev 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) - Short Form |
| STEVEN FORGET | CASE NUMBER: 07-06PO - MPT |
| | USM NUMBER: N/A |
| | Luis A. Ortiz, Esq., |
| | Defendant's Attorney |

THE DEFENDANT:

☒ THE DEFENDANT pleaded guilty to count(s)   DAFB VIOLATION# R3170837

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:13 ( 21.Del.C: 4176 ) | RECKLESS DRIVING | 12/22/2006 | 1 |
| | | | |
| | | | |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** $ 35.00 | $ 10.00 | $ 25.00 |

Defendant's Soc Sec No   - 9831

Defendant's Date of Birth   1955

Defendant's Residence Address

LEVITTOWN, PA 19057

Defendant's Mailing Address

LEVITTOWN, PA 19057

MAY 7, 2008
Date of Imposition of Judgment

_Signature of Judge_

Honorable Mary Pat Thynge, U.S. Magistrate Judge
Name and Title of Judge

July 9, 2008
Date